NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GAIL SMITH,                                )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-1283
                                           )
EL GALEON BY THE SEA                       )
CONDOMINIUM ASSOCIATION, INC.,             )
                                           )
            Appellee.                      )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Hank B. Campbell of Valenti Campbell
Trohn Tamayo & Aranda, P.A., Lakeland,
and Jonathan W. Stidham of Stidham &
Stidham, P.A., Bartow, for Appellant.

Andrew S. Bolin, and Kevin A. Lonzo of
Beytin, McLaughlin, McLaughlin, O'Hara,
Bocchino & Bolin, P.A., Tampa, for Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.